Same case below, 385 Fed. Appx. 349.

---

**No. 10-7885. Otis Blaxton, Petitioner v. Florida.**

562 U.S. 1211, 131 S. Ct. 1488, 179 L. Ed. 2d 294, 2011 U.S. LEXIS 1300.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, First District, dismissed. See Rule 39.8.

Same case below, 48 So. 3d 914.

---

**No. 10-7960. Ernest Miller, Petitioner v. California.**

562 U.S. 1211, 131 S. Ct. 1495, 179 L. Ed. 2d 294, 2011 U.S. LEXIS 1298.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

---

**No. 10-7965. Gary Yoder, Petitioner v. William White, Warden.**

562 U.S. 1211, 131 S. Ct. 1495, 179 L. Ed. 2d 294, 2011 U.S. LEXIS 1266.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

---

**No. 10-8050. Richard Mills, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility.**

562 U.S. 1211, 131 S. Ct. 1503, 179 L. Ed. 2d 294, 2011 U.S. LEXIS 1221.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.

---

**No. 10-8055. Richard F. Mills, Petitioner v. New York.**

562 U.S. 1211, 131 S. Ct. 1504, 179 L. Ed. 2d 294, 2011 U.S. LEXIS 1128.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the County Court of New York, Genesee County, dismissed. See Rule 39.8.